UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS F. OLIVER, JR.,

    Plaintiff,

v.   CASE No. 8:08-CV-1932-T-30TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

## REPORT AND RECOMMENDATION

On September 26, 2008, the plaintiff filed a complaint seeking review of the denial of Social Security disability benefits.[*] A motion for leave to proceed in forma pauperis was filed at the same time. On October 6, 2008, an Order was entered, denying without prejudice the motion for leave to proceed in forma pauperis. Since that time, the plaintiff has neither paid the filing fee, nor sought further leave to proceed in forma pauperis.

---

[*] This matter comes before the undersigned pursuant to the Standing Order of this court dated January 5, 1998. See also Local Rule 6.01(c)(21).

Consequently, I recommend that the complaint be dismissed for lack of prosecution pursuant to Local Rule 3.10.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: JANUARY 9, 2009

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).